IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 NOV 27 PM 2: 16

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | § § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 1:17-CV-00702-SS |
| V. | | |
| LML GROUP, L.L.C., | | |
| Defendant. | | |

### ORDER FOR DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff The Cincinnati Specialty Underwriters Insurance Company's Motion for Dismissal with Prejudice, is of the opinion it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant LML Group, L.L.C. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 27th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE